

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-80142-CR-DIMITROULEAS/SNOW**

CASE NO. _____
18 U.S.C. § 1028(a)(7)
42 U.S.C. § 1320d-6
18 U.S.C. § 2

UNITED STATES OF AMERICA,

vs.

EDDIE T. HARDY
and
CHRISTOPHER W. MARING,

Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
(Identity Theft – 18 U.S.C. § 1028(a)(7))

Beginning in or about January 2011 and continuing through at least March 22, 2011, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**EDDIE T. HARDY
and
CHRISTOPHER W. MARING,**

did knowingly transfer and possess, without lawful authority, a means of identification of another person with the intent to commit, or to aid and abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, that is, Access Device Fraud, in violation of Title 18, United States Code, Section 1029 and Bank Fraud, in violation of Title 18, United States Code, Section 1344, all in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 2
(HIPAA - 42 U.S.C. § 1320d-6)

Beginning in or about January 2011 through at least March 22, 2011, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**EDDIE T. HARDY,**

knowingly and for a reason other than permitted by Title 42, United States Code, Chapter 7, Subchapter XI, Part C, obtained and caused to be obtained individually identifiable health information relating to an individual, with the intent to sell, transfer, and use, and caused to be used, said information for personal gain. Specifically, defendant EDDIE T. HARDY, an employee of a healthcare provider, obtained individually identifiable health information from the medical offices of Dr. Stuart Himmelstein and the Quality Medical Association, located in Delray Beach, Florida, relating to an individual, that is, patients' names, dates of birth, and Social Security numbers, which had been collected by the health care providers, with the intent to sell, transfer, and use said information for personal gain.

All in violation of Title 42, United States Code, Sections 1320d-6(a)(2) and (b)(3) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT U. S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

EDDIE T. HARDY and
CHRISTOPHER W. MARING,

           Defendants.
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami      ___ Key West
___ FTL   _X_ WPB    ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect   English

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)

   I    0 to 5 days      _X_         Petty      ___
   II   6 to 10 days     ___         Minor      ___
   III  11 to 20 days    ___         Misdem.    ___
   IV   21 to 60 days    ___         Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0148369

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** EDDIE T. HARDY            **Case No:** _____

Count #: 1

Identity Theft;

In violation of Title 18 United States Code, Section 1028(a)(7)

**\* Max.Penalty:**   5 years' imprisonment; $250, 000 fine; and 3 years' supervised release

Count #: 2

HIPPA;

In violation of Title 42 United States Code, Section 1320d-6(a)(2)

**\* Max.Penalty:**   10 years' imprisonment; $250, 000 fine; and 3 years' supervised release

Count #:

_____

**\*Max. Penalty:** _____

Count #:

_____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CHRISTOPHER W. MARING      **Case No:** _____

Count #: 1

Identity Theft;

In violation of Title 18, United States Code, Section 1028(a)(7)

* **Max.Penalty:**   5 years' imprisonment; $250,000 fine; and 3 years' supervised release

Count #:


* **Max.Penalty:**

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.